**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA

VS CASE NO. 3:20-cv-05608-MCR-ZCB

TALCON GROUP LLC et al

**DECLARATORY JUDGMENT**

Pursuant to and at the direction of the Court, it is

ORDERED AND ADJUDGED that the declaratory Judgment is entered in favor of Plaintiff, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA and against Defendant, TALCOM GROUP LLC as follows: The Court declares that there is no coverage under the TRAVELERS Policy referenced in the Complaint for the losses at issue because the two described residential single-family homes are not Covered Property under the Installation policy terms.

Judgment is also entered in favor of TRAVELERS and against TALCON on the Counterclaim. Costs are to be taxed against TALCON.

JESSICA J. LYUBLANOVITS
CLERK OF COURT

September 26, 2022
DATE

/s/ *Monica Broussard*
Deputy Clerk: Monica Broussard