**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

TRAVELERS PROPERTY
CASUALTY COMPANY OF AMERICA,

Plaintiff/Counter Defendant/Petitioner,

v. Civil Action No. 3:20cv5608-MCR/ZCB

TALCON GROUP, LLC,

Defendant/Counter Claimant/ Respondent.

_________________________________/

**NOTICE OF APPEAL TO COURT OF APPEALS**

Notice is hereby given that Talcon Group, LLC, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the order entered in this action on the 26th day of September 2022.

October 18, 2022

DUNLAP & SHIPMAN, P.A.

*/s/ Michael P. Dickey*

______________________

Michael P. Dickey
Florida Bar # 115606
836 Jenks Avenue
Panama City, FL 32401
(850)919-3375
Primary: mdickey@dunlapshipman.com
Secondary: stephanie@dunlapshipman.com
ATTORNEY FOR APPELLANT/DEFENDANT