# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 19, 2024

Clerk - Northern District of Florida
U.S. District Court
1 N PALAFOX ST
PENSACOLA, FL 32502

Appeal Number: 22-13547-CC
Case Style: Travelers Property Casualty Company of America v. Talcon Group LLC
District Court Docket No: 3:20-cv-05608-MCR-ZCB

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

MDT-1 Letter Issuing Mandate

In the
# United States Court of Appeals
For the Eleventh Circuit

---

No. 22-13547

---

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,

Plaintiff-Appellee,

*versus*

TALCON GROUP LLC,

Defendant-Appellant.

---

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 3:20-cv-05608-MCR-ZCB

---

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: December 20, 2023

For the Court: DAVID J. SMITH, Clerk of Court

ISSUED AS MANDATE: January 19, 2024